UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTIAN JOSUE MADRID MADRID,

Petitioner,

v.

UNKNOWN PARTY #2 et al.,

Respondents.

Case No. 1:26-cv-3195

Honorable Jane M. Beckering

# ORDER

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on November 10, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 6.) The Court's order also directed Respondents to file a recording or transcript of any bond hearing held, and to address whether Petitioner was previously released or paroled into the United States by immigration officials and provide supporting documentation. (*Id.*)

Respondents filed their response on November 16, 2026. (ECF No. 7.) Respondents' response indicates that Petitioner is detained under 8 U.S.C. § 1226; Respondents further indicate that if Petitioner requests a custody redetermination hearing in Immigration Court and if Petitioner is eligible for such relief, they will afford Petitioner a custody redetermination hearing. (*Id.*, PageID.102.)

Petitioner previously filed a petition for a writ of habeas corpus on September 16, 2026, in the Eastern District of Pennsylvania. *Madrid Madrid v. McShane* (*Madrid Madrid I*), No. 2-26-cv-7175 (E.D. Pa.). In both *Madrid Madrid I* and the present matter, Petitioner asserts he requested a bond hearing in September 2026. Mem., *Madrid Madrid I*, (E.D. Pa., Oct. 23, 2026), (ECF No. 6); (Pet., ECF No. 1, PageID.2.) In *Madrid Madrid I*, the Eastern District of Pennsylvania found that, based on the materials submitted by the respondents, Petitioner's bond hearing "remain[ed] pending." Mem., *Madrid Madrid I*, (E.D. Pa., Oct. 23, 2026), (ECF No. 6). In the present matter, Respondents indicate that "[a]lthough Petitioner contends that he requested a bond hearing, Respondents confirmed that he has not." (Resp. ECF No. 7, PageID.103.)

Under these circumstances, the Court finds that more information is needed regarding whether Petitioner requested a bond hearing, as was found in *Madrid Madrid I*, and the current status of Petitioner's request for a bond hearing in order to rule on Petitioner's § 2241 petition.

Accordingly,

**IT IS ORDERED** that, within three business days, Respondents shall file a written supplemental response indicating whether Petitioner has a pending request for a bond hearing and the status of Petitioner's request. If a request for a bond hearing is not pending for Petitioner, in their supplemental response, Respondents shall provide the supporting documentation that they submitted in Petitioner's case in the Eastern District of Pennsylvania, upon which that Court relied to conclude that Petitioner's bond hearing "remain[ed] pending."

Dated: November 23, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge